UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRINE COURTADE,<br><br>   Plaintiff,<br><br>v.<br><br>ALBERT P. PAPPALARDO,<br><br>   Defendant. | Case No. 14-cv-01594-JCS<br><br>**ORDER VACATING IMMIGRATION MANDAMUS CASE PROCEDURAL ORDER**<br><br>Re: Dkt. No. 3 |

Good cause appearing, this Court's procedural order, Dkt. No. 3, is vacated.

**IT IS SO ORDERED.**

Dated: July 25, 2014.

_____
JOSEPH C. SPERO
United States Magistrate Judge