UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRINE COURTADE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALBERT P. PAPPALARDO,<br><br>　　　　Defendant. | Case No.  14-cv-01594-JCS<br><br>**ORDER RE APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>Re: Dkt. No. 2 |

　　　　( )　　IT IS ORDERED that the application to proceed in forma pauperis is GRANTED. Issuance of summons and service will be determined separately.

　　　　(X )　　The complaint having been found to comply with Title 28 USC § 1915, IT IS FURTHER ORDERED that the Clerk issue summons, and IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the defendant.

　　　　( )　　IT IS ORDERED that the application to proceed in forma pauperis is DENIED, and that the filing fee of $400.00 be paid no later than _____.  Failure to pay the filing fee by that date will result in dismissal of the above-entitled action without prejudice.  The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure.  Plaintiff has a continuing obligation to keep the Court informed of his or her current address.  Failure to do so may result in dismissal of this action.

　　　　( )　　IT IS ORDERED that the application to proceed in forma pauperis is DENIED and the plaintiff is further ordered that:
　　　　　　　　( ) Filing fee waived in part:  partial payment of $ due on _____, remaining balance to be waived.
　　　　　　　　( ) Partial payment of $  due on _____, remaining balance due and payable on _____.
　　　　　　　　( ) Partial payment of $  due on _____, remaining balance due in installments as follows:.

　　　　Failure to pay this amount will result in dismissal of the above-entitled action without prejudice.  The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure.  Plaintiff has a continuing obligation to keep the Court informed of his or her current address.  Failure to do so may result in dismissal of this action.

1
2  Dated: July 25, 2014
3
_____
JOSEPH C. SPERO
United States Magistrate Judge

2