United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRINE COURTADE,<br>　　　　Plaintiff,<br>　　v.<br>ALBERT P. PAPPALARDO,<br>　　　　Defendant. | Case No. 14-cv-01594-JCS<br><br>**ORDER SEALING DOCUMENTS AND REQUIRING REDACTION**<br>Re: Dkt. Nos. 1, 6, 14 |

　　　　Three of the parties' filings in this case have failed to comply with Rule 5.2(a) of the Federal Rules of Civil Procedure, which requires redaction of the name of an individual known to be a minor—here, the parties' minor daughter S.C.P. and one other minor child—and of the date of birth of any individual other than the person filing the document. *See* Fed. R. Civ. P. 5.2(a), (h). Documents filed with the Court are available to the public, and may include only the initials of a minor child and the year of an individual's birth. *See* Fed. R. Civ. P. 5.2(a)(2)−(3).

　　　　Plaintiff's Complaint (dkt. 1) includes S.C.P.'s name at pages 1 and 6 and throughout each of the three letters attached as exhibits. The third letter also includes the name of the letter-writer's minor daughter, and the Complaint includes S.C.P.'s date of birth at page 2 and Defendant's date of birth in the attached Form I-864. Plaintiff's Supplemental Declaration (dkt. 6) incudes S.C.P.'s name twice in Exhibit A, which appears to be an email from Defendant to an unidentified party. Defendant's Motion to Dismiss (dkt. 14) includes, at page 2, S.C.P.'s name twice and her month of birth.

　　　　**These three filings are hereby SEALED to protect the privacy of S.C.P., the other named minor child, and Defendant. The parties are ORDERED to submit versions of these documents with protected information redacted no later than November 14, 2014.** Initials of minor children and years of birth may be left unredacted. The parties may bring redacted copies to

1  the hearing on Defendant's Motion to Dismiss, scheduled for 9:30 a.m. on that day in Courtroom
2  G, located on the 15th floor of the San Francisco courthouse at 450 Golden Gate Avenue.
3        Both parties are proceeding pro se.  The parties are encouraged to consult with the Federal
4  Pro Bono Project's Legal Help Center in either of the Oakland or San Francisco federal
5  courthouses for assistance and to ensure that they abide by their obligations under all applicable
6  rules and statutes.  The San Francisco Legal Help Center office is located in Room 2796 on the
7  15th floor at 450 Golden Gate Avenue, San Francisco, CA 94102.  The Oakland office is located
8  in Room 470-S on the 4th floor at 1301 Clay Street, Oakland, CA 94612.  Appointments can be
9  made by calling (415) 782-8982 or signing up in the appointment book located outside either
10 office.  Lawyers at the Legal Help Center can provide basic assistance to parties representing
11 themselves but cannot provide legal representation.

**IT IS SO ORDERED.**

Dated: November 6, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge