UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRINE COURTADE,<br><br>    Plaintiff,<br><br>    v.<br><br>ALBERT P. PAPPALARDO,<br><br>    Defendant. | Case No. 14-cv-01594-JCS<br><br>**ORDER REGARDING REDACTIONS AND AMENDED COMPLAINT**<br><br>Re: Dkt. Nos. 14, 25, 26 |

On November 6, 2014, the Court entered an Order (dkt. 22) sealing certain documents filed in this case that contained information protected by Rule 5.2(a) if the Federal Rules of Civil Procedure, and requiring the parties to file redacted versions in the public record.  On November 14, 2014, the Court entered an Order (dkt. 24) dismissing Plaintiff Sandrine Courtade's Complaint with leave to file an amended complaint.

 Plaintiff filed documents styled as an "Amended Complaint" (dkt. 25) and an "Amended Supplemental Declaration of Sandrine Courtade" (dkt. 26) on November 14, 2014.  These documents are identical to Plaintiff's now-sealed earlier filings (dkts. 1, 6), except that Plaintiff has redacted protected information identified in the November 6 Order.  The Court therefore construes these filings as a response to that Order, but does not construe the so-called "Amended Complaint" as a response to the Court's November 14 Order dismissing her initial Complaint.  **Plaintiff is therefore reminded that if wishes to pursue this action, she must file an amended complaint addressing the deficiencies identified in the November 14 Order no later than January 9, 2015**.  If Plaintiff fails to do so, this action will be dismissed with prejudice.

Defendant Albert Pappalardo has not yet filed a redacted version of his Motion to Dismiss (dkt. 14).  Although that Motion has since been granted, Defendant must nevertheless file a redacted version to complete the public record of this action.  **Defendant must comply with the**

1  **November 6 Order by filing a redacted version of his Motion to Dismiss no later than**
2  **January 9, 2015.**  If Defendant fails to do so, the Court will impose an appropriate sanction.
3       The Clerk is instructed to include copies of the November 6 and November 14 Orders
4  when serving this Order on the parties.  Both parties are reminded to comply with the
5  confidentiality requirements of Rule 5.2(a) if this action continues.
6       **IT IS SO ORDERED.**
7  Dated: December 20, 2014.

_____
JOSEPH C. SPERO
United States Magistrate Judge