UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRINE COURTADE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALBERT P. PAPPALARDO,<br><br>　　　　Defendant. | Case No. 13-cv-01594-JCS<br><br>**ORDER EXTENDING DEADLINE TO FILE AMENDED COMPLAINT** |

Due to a clerical error, certain orders issued by the Court—including the Order (dkt. 24) granting Defendant's Motion to Dismiss—were not served to Plaintiff's correct address, and were returned undeliverable to the Court. That error has now been corrected. However, because Plaintiff did not receive timely notice of the Court's Order dismissing her Complaint, the Court grants Plaintiff additional time to file her amended complaint. **If Plaintiff wishes to file an amended complaint, she must do so no later than February 5, 2015.** This vacates and replaces the January 9, 2015 deadline set by the Court's previous Order.

Any amended complaint must address the deficiencies identified in the Court's November 14, 2014 Order. Failure to file an amended complaint by the deadline set forth above will result in dismissal of Plaintiff's claims with prejudice.

**IT IS SO ORDERED.**

Dated: December 22, 2014

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge