| | |
|---|---|
| 1 | Your Name: _SANDRINE COURTADE_ |
| 2 | Address: _P.O BOX 6547 - ALAMEDA, CA 94501_ |
| 3 | Phone Number: _(510) 990 - 2425_ |
| 4 | Fax Number: _____ |
| 5 | E-mail Address: _SANDRINE·COURTADE @ YAHOO.COM_ |
| 6 | Pro Se Plaintiff |

**FILED**

FEB 0 4 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court

Northern District of California

| | | |
|---|---|---|
| 11 | _SANDRINE COURTADE_ | Case Number:*[leave blank]* _14-cv-01594- JCS_ |
| 12 | _____ | _FIRST AMENDED_ |
| 13 | Plaintiff(s), | **COMPLAINT** |
| 14 | vs. | |
| 15 | _ALBERT P. PAPPALARDO_ | |
| 16 | _____ | **DEMAND FOR JURY TRIAL** |
| 17 | _____ | Yes ☒  No ☐ |
| 18 | _____ | |
| 19 | Defendant(s). | |

20

21   **1. Parties in this Complaint**

22     a.  **Plaintiff(s).** *Write your name, address, and phone number.  If there are other*

23   *plaintiffs, use more pages to include their names, addresses, and phone numbers.*

24   Name: _SANDRINE COURTADE_

25   Address: _P.O BOX 6547_

26   _ALAMEDA CA 94501_

27   Phone number: _(510) 990 - 2425_

28

COMPLAINT
PAGE _1_ OF _8_ [JDC TEMPLATE]

*rev: 6/2013*

**b. Defendant(s).** *Write the full name and address of every defendant. If the defendant is a corporation, write the state where it is incorporated and the state where it has its main place of business. Use more pages if you need to.*

**Defendant 1:**

Name: _ALBERT P. PAPPALARDO_

Address: _P. O. BOX  18502_

_OAKLAND,  CA  94619_

**Defendant 2:**

Name: _____

Address: _____

_____

**Defendant 3:**

Name: _____

Address: _____

_____

**Defendant 4:**

Name: _____

Address: _____

_____

### 2. Jurisdiction

*Usually, only two types of cases can be filed in federal court: cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*

☒   My case belongs in federal court under <u>federal question jurisdiction</u> because it is about federal law(s) or right(s).

*Which law(s) or right(s) are involved?* _____

_____

☐   My case belongs in federal court under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>AND</u> the amount of damages is more than $75,000.

COMPLAINT
PAGE _2_ OF _8_ [JDC TEMPLATE]

*rev: 6/2013*

### 3. Venue

This Court can hear cases arising out of Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, and Sonoma counties. This is the right court to file your lawsuit if 1) All defendants live in California AND at least one of the defendants lives in this district; OR 2) A substantial part of the events you are suing about happened in this district; OR 3) A substantial part of the property that you are suing about is located in this district; OR 4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.

Venue is appropriate in this Court because DEFENDANT Lives IN OAKLAND, CALIFORNIA.

### 4. Intradistrict Assignment

There are three divisions of this Court: San Francisco/Oakland, San Jose, and Eureka. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge. Explain which division your case should be assigned.

This lawsuit should be assigned to [Select one: San Francisco/Oakland, San Jose, OR Eureka] Division of this Court because DEFENDANT Lives IN OAKLAND.

### 5. Statement of Facts and Claims

Write a short and simple description of the facts of your case. Include WHERE and WHEN the events happened, WHO was involved, WHAT role each defendant played, and HOW you were harmed. If you know which laws or rights the defendant violated, you can include them, but you do not need to make legal arguments. Put each fact or claim into a separate, numbered

COMPLAINT
PAGE 3 OF 8 [JDC TEMPLATE]

1  *paragraph, starting with 5a, 5b, and so on. Attach additional sheets of paper as necessary. You*
2  *may attach documents that support your claims to the end of this Complaint as exhibits. Explain*
3  *what each exhibit is, when and how you got it, and how it supports your claims. Attaching a*
4  *document to your Complaint does not necessarily mean that it will be accepted as evidence.*
5  5a/ PLAINTIFF AND DEFENDANT WERE MARRIED
6  JUNE 21 2008 IN FRANCE. DEFENDANT SIGNED
7  THE AFFIDAVIT OF SUPPORT AND FORM I-864 THE
8  26th OF DECEMBER 2008 IN ORDER TO HAVE HIS FAMILY HERE
9  5b/ DEFENDANT FILED FOR THE ABSOLUTION OF THE
10 MARRIAGE JUNE 30 2010 IN OAKLAND CALIFORNIA
11 5c/ DEFENDANT FAILED TO PERFORM REQUIREMENTS OF
12 THE FORM I-864 THE YEAR 2009. PLAINTIFF RECEIVED ON
13 THE "JOINT COUNT" TO TAKE CARE OF THE FAMILY $ 6000.
14 THE YEAR 2010 @ 9600. THE ORDER SIGNED SEPTEMBER
15 2010 WAS NOT RESPECTED BY PETITIONER. WHEN I FINALLY
16 MOVED IN 2011 THE BN WAS NOT ANYMORE TOLERABLE, I
17 WAS SUPPOSED TO RECEIVE @ 4000 MONTHLY (CS = $ 1500 &
18 SS = 2500) FOR MY PEACE OF MIND I PAID @ 1800 RENT
19 AND WAS FORCED TO HAVE S.C.P OUR DAUGHTER IN PRE-SCHOOL
20 AND TO PAY 1/2 F. AND I WAS FORCED TO PAY ATTORNEYS,
21 MEDIATOR AND C.C.P'S THERAPIST HALF. OF COURSE ALL
22 THAT INTENTIONNALLY.
23 5d/ THE JCSS WAS THE ORGANIZATION I CHOOSE IN ORDER
24 TO NOT BE IN CONTROL ANYMORE BY PETITIONER.
25 I NEVER CHECKED THE AMOUNT I RECEIVED AT THAT
26 TIME 2011 AND 2012 UNTIL 2013, EVEN IF LATE, NEVER
27 CLEAR, IRRESOLARLY, WE WENT TO THE BANK FOOD IN
28 2013 WITH MY DAUGHTER, FRIENDS HAD PAID MY BILLS IN

COMPLAINT
PAGE 4 OF 8 [JDC TEMPLATE]

*rev: 6/2013*

1  2013, ADVANCE MONEY IN 2011 AND PAID MY TICKETS TO SEE MY
2  DAD AT THE END OF HIS LIFE. (WITH S.C.P)
3  SO DEFENDANT DID NOT PAY THE SPRING 2011 2013 NEITHER
4  THE DCSS. I HAD CUMULATED LATE FEES BECAUSE THE
5  INCONSISTENCIES OF DEFENDANT AND THE DCSS.
6  SEPTEMBER 2014 I RECEIVED @ 262 DECEMBER 2014
7  @ 600. THE FORD I-864 WAS VICIOUSLY USED.
8  So UNDER THE FORD I-864 CONTRACT PAGE 6 part 8
9  "THE INTENDING IMMIGRANT'S BECOMING A PERMANENT
10  RESIDENT IS THE "CONSIDERATION" FOR THE CONTRACT.
11  UNDER THIS CONTRACT, DEFENDANT AGREES PLAINTIFF WILL
12  NOT BECOME A PUBLIC CHARGE..." DEFENDANT KNEW THE
13  INTENDING IMMIGRANT WILL BE A PUBLIC CHARGE TO THE
14  UNITED STATES IF HE WILL DIVORCE HER ESPECIALLY AFTER
15  ONE YEAR IN THE COUNTRY FOR 5 REASONS =
16  1 - PLAINTIFF LIMITED ENGLISH, 2 - THE LEVEL OF LIFE IN
17  THE BAY THAN HE WAS HIDING TO HIS WIFE 3 -
18  PLAINTIFF'S DEGREE, EXPERIENCE AND CERTIFICATE IN
19  FRANCE WERE NOT VALIDATED HERE, 4 - DEFENDANT
20  PERFECTLY KNEW PLAINTIFF IS A SELF-EDUCATE PERSON,
21  HAS NO DEGREE IN HIGH-TECH AND WILL WILL NOT BE
22  ABLE TO LIVE IN THE BAY WITHOUT HIS SUPPORT.
23  5 - THE LAST BUT NOT THE LEAST PLAINTIFF AFFIRMS DEFENDANT
24  SIGNED IN PURPOSE THAT CONTRACT KNOWING IT WILL NOT
25  BE A PROBLEM AND HE WILL BE PROTECTED. DEFENDANT
26  HAS A SECURE JOB AND A LEVEL OF INCOME WHO HAD
27  ALLOWED HIM TO FIGHT ON A LONG TERM THE DIVORCE
28  INTENTIONNALLY. HIS PLAN WAS TO TAKE THE CUSTODY

COMPLAINT
PAGE 5 OF 8 [JDC TEMPLATE]

*rev: 6/2013*

1  OF OUR DAUGHTER S.C.P.

2  5/ CONTRACT PAGE 7 -30 C " DEFENDANT HAD READ AND

3  UNDERSTOOD --- AGREED EACH OF THESE OBLIGATIONS IN

4  ORDER TO MAKE IT POSSIBLE ---- TO BECOME PERMANENT RESIDENT

5  OF THE UNITED STATES " DEFENDANT HAD MADE IMPOSSIBLE FOR

6  PLAINTIFF TO BECOME A PERMANENT RESIDENT AND TO

7  BECOME SUCCESFUL.

8  5 d/ CONTRACT PAGE 7 -30 D " DEFENDANT STATED " I

9  AGREE TO SUBMIT TO THE PERSONAL JURISDICTION OF ANY

10  FEDERAL OR STATE COURT ---- AGAINST ME TO ENFORCE

11  MY OBLIGATIONS UNDER THIS FORM I-864." DEFENDANT

12  HAD FAILED TO MEET HIS OBLIGATIONS AND DOES NOT

13  (WANT TO BE RESPONSIBLE ANYMORE OF THAT FORM)

14  DIVORCE DOES NOT END HIS OBLIGATIONS - HOWEVER HE

15  REQUESTED TO STOP ANY FINANCIAL SUPPORT IN 2014 AT THE

16  FAMILY COURT OF ALAMEDA COUNTY. I DID NOT WAIVE

17  MY RIGHTS ON FEDERAL COURT AND LAW.

18  5 A/ " ON THE ORDER GRANTING MOTION TO DISMISS AND GRANTING

19  TO LEAVE TO AMEND COMPLAINT " PAGE 2 LINE 21-22

20  PLAINTIFF REQUESTED TO RETURN TO FRANCE IN FEBRUARY

21  2012 " WITHOUT SUCCESS". IT IS NOT CORRECT. THE HEARING

22  RELATED TO MY REQUEST WAS POSTPONED 3 TIMES AND A

23  TRIAL PLANED AUGUST 2012 NEVER HAPPENED. DEFENDANT

24  HAD GAINED TIME UNTIL 2014 TO AFFIRM HE HAS A BOND

25  FORGED WITH OUR DAUGHTER AND PRETEND HE HAD

26  ADVANCED PLENTY MONEY TO ME - HE IS THE ONE

27  INTENTIONNALY WHO HAD SLOW DOWN OUR DIVORCE

28  AND USED MY RESSOURCE TO FIGHT TO BE ABLE

**COMPLAINT**
PAGE 6 OF 8 [JDC TEMPLATE]

*rev: 6/2013*

1  TO CONTINUE TO BE S.C.P 'S MOTHER.
2  DEFENDANT REQUESTED VICIOUSLY A TRIAL IN DECEMBER
3  2013 WHEN I REQUESTED TO END THAT DIVORCE FOR
4  THE SAKE OF OUR DAUGHTER. I STARTED MY BUSINESS
5  WITHDRAW MY REQUEST TO GO BACK IN FRANCE. MY
6  DAD DIED AT THAT TIME AND I COULD NOT GO TO
7  HIS FUNERAL. DEFENDANT TRIED TO USE 100% OF OUR
8  DAUGHTER WITH ONE JUDGE IT WAS DENIED. HE
9  TRIED WITH A SECOND JUDGE HE ARRIVED.

10
11 CONCLUSION :
12 THE FORM I-864 WAS SIGNED DECEMBER 2008 BY
13 DEFENDANT BUT WAS RESPECTED ON THE FORM AND
14 USED VICIOUSLY. DEFENDANT FAILED TO MEET HIS
15 OBLIGATIONS TO BECOME A U.S CITIZEN BY THE
16 COURSE OF THE DIVORCE PROCESS.
17
18
19
20
21
22
23
24
25
26
27
28

**COMPLAINT**
PAGE 7 OF 8 [JDC TEMPLATE]

rev: 6/2013

1

2 **6. Demand for Relief**

3   *State what you want the Court to do for you. For example, depending on which claims*

4 *you raise, it may be appropriate to ask the Court to award you money or order the defendant to*

5 *do something or stop doing something. If you are asking for money, you can say how much you*

6 *are asking for and why you should get that amount.*

PLAINTIFF WANTS THE COURT TO ENFORCE THE AFFIDAVIT
OF SUPPORT UNTIL AT LEAST 2022 AND REQUESTS THAT
THE COURT ORDER DEFENDANT TO PAY $ 1,638.58 MONTHLY
FROM NOW OR 2 RETURNS TICKETS TO FRANCE, 5 TIMES
A YEAR IT MEANS $ 15,000 A YEAR TO PLAINTIFF,
PLUS INTEREST AND SANCTIONS TO THE LEVEL OF THE
COMPLEX CASE. THE JUSTICE NEEDS TO RESTORE THE PAIN,
THE CENSU, THE WASTE OF 4 YEARS OF SEP AND 7 YEARS
OF PLAINTIFF'S LIFE DESTROYED BY A SHAM MARRIAGE.
CHILDHOOD OF SEP, ENERGY, TIME, MONEY, HEALTH AND POTENTIAL
TOTALLY LOST.

**7. Demand for Jury Trial**

   *Check this box if you want your case to be decided by a jury, instead of a judge.*

  ☐  Plaintiff demands a jury trial on all issues.

   *All plaintiffs must sign, date, and print their names at the end of the Complaint. Attach*

*another page if you need to.*

  Respectfully submitted,

Date: 2 / 4 / 2015 Sign Name: _____

        Print Name: SANDRINE COURTADE

COMPLAINT
PAGE 8 OF 8 [JDC TEMPLATE]

*rev: 6/2013*

EXHIBITS  A, B, C, D, E

OMB No. 1615-0075; Expires 10/31/10

**RECEIVED**

DEC 2 9 2009

**I-864, Affidavit of Support Under Section 213A of the Act**

Department of Homeland Security
U.S. Citizenship and Immigration Services

**CMR #61**

| Part 1: Basis for filing Affidavit of Support. | | For Government Use Only |
|---|---|---|

**1.** I, ALBERT P. PAPPALARDO ,

am the sponsor submitting this affidavit of support because (Check only one box):

a. ☒ I am the petitioner. I filed or am filing for the immigration of my relative.

b. ☐ I filed an alien worker petition on behalf of the intending immigrant, who is related to me as my ___

c. ☐ I have an ownership interest of at least 5 percent in ___ which filed an alien worker petition on behalf of the intending immigrant, who is related to me as my ___

d. ☐ I am the only joint sponsor.

e. ☐ I am the ☐ first ☐ second of two joint sponsors. *(Check appropriate box.)*

f. ☐ The original petitioner is deceased. I am the substitute sponsor. I am the intending immigrant's ___

**For Government Use Only**

This I-864 is from:
☒ the Petitioner
☐ a Joint Sponsor #
☐ the Substitute Sponsor
☐ 5% Owner

This I-864:
☐ does not meet the requirements of section 213A.
☒ meets the requirements of section 213A.

Penelope Wilkinson
Consul
U.S. Embassy, Paris
Date (mm/dd/yyyy)
24/07

Number of Affidavits of Support in file:
☐ 1   ☐ 2

**Part 2. Information on the principal immigrant.**

**2.** Last Name COURTADE - PAPPALARDO

First Name SANDRINE    Middle Name

**3.** Mailing Address Street Number and Name *(Include Apartment Number)*

26 RUE DES ROSIERS

City PARIS   State/Province   Zip/Postal Code 75004   Country FRANCE

**4.** Country of Citizenship FRANCE

**5.** Date of Birth *(mm/dd/yyyy)* 06/06/1968

**6.** Alien Registration Number *(if any)* A- N/A

**7.** U.S. Social Security Number *(if any)* N/A

**Part 3. Information on the immigrant(s) you are sponsoring.**

**8.** ☒ I am sponsoring the principal immigrant named in Part 2 above.

☒ Yes   ☐ No (Applicable only in cases with two joint sponsors)

**9.** ☐ I am sponsoring the following family members immigrating at the same time or within six months of the principal immigrant named in Part 2 above. Do not include any relative listed on a separate visa petition.

| Name | Relationship to Sponsored Immigrant | Date of Birth *(mm/dd/yyyy)* | A-Number *(if any)* | U.S.Social Security Number *(if any)* |
|---|---|---|---|---|
| a. | | | | |
| b. | | | | |
| c. | | | | |
| d. | | | | |
| e. | | | | |

**10.** Enter the total number of immigrants you are sponsoring on this form from Part 3, Items 8 and 9. 01

Form I-864 (Rev. 10/18/07)Y

**EXHIBIT A**

**Part 4. Information on the Sponsor.**

| 11.  Name | Last Name |  | For Government Use Only |
|---|---|---|---|
|  | PAPPALARDO |  |  |
|  | First Name | Middle Name |  |
|  | ALBERT | PLACIDO |  |

| 12.  Mailing Address | Street Number and Name *(Include Apartment Number)* |  |  |
|---|---|---|---|
|  | P.O. Box 18502 |  |  |
|  | City | State or Province |  |
|  | OAKLAND | CA |  |
|  | Country | Zip/Postal Code |  |
|  | USA | 94619 |  |

| 13.  Place of Residence *(if different from mailing address)* | Street Number and Name *(Include Apartment Number)* |  |  |
|---|---|---|---|
|  | 3778 MADRONE AVENUE |  |  |
|  | City | State or Province |  |
|  | OAKLAND | CA |  |
|  | Country | Zip/Postal Code |  |
|  | USA | 94619 |  |

**14.** Telephone Number *(Include Area Code or Country and City Codes)*
510 - 336 - 3380

**15.** Country of Domicile
USA

**16.** Date of Birth *(mm/dd/yyyy)*
09 / 14 / 1949

| 17.  Place of Birth *(City)* | State or Province | Country |
|---|---|---|
| BATAVIA | NEW YORK | USA |

**18.** U.S. Social Security Number *(Required)*
050 - 42 - 5386

**19.** Citizenship/Residency

☒ (a) I am a U.S. citizen.

☐ I am a U.S. national (for joint sponsors only).

☐ I am a lawful permanent resident.  My alien registration number is A-

If you checked box (b), (c), (d), (e) or (f) in line 1 on Page 1, you must include proof of your citizen, national, or permanent resident status.

**20.** Military Service (To be completed by petitioner sponsors only.)

I am currently on active duty in the U.S. armed services.   ☐ Yes   ☒ No

**Part 5. Sponsor's household size.**

| | For Government Use Only |
|---|---|

**21. Your Household Size - <u>DO NOT COUNT ANYONE TWICE</u>**

*Persons you are sponsoring in this affidavit:*

    **a.** Enter the number you entered on line 10.　　　`0` `1`

*Persons NOT sponsored in this affidavit:*

    **b.** Yourself.　　　`1`

    **c.** If you are currently married, enter "1" for your spouse.　　　`☐`

    **d.** If you have dependent children, enter the number here.　　　`0` `1`

    **e.** If you have any other dependents, enter the number here.　　　`☐☐`

    **f.** If you have sponsored any other persons on an I-864 or I-864 EZ who are now lawful permanent residents, enter the number here.　　　`☐☐`

    **g.** OPTIONAL: If you have <u>siblings, parents, or adult children</u> with the same principal residence who are combining their income with yours by submitting Form I-864A, enter the number here.　　　`☐☐`

    **h.** Add together lines and enter the number here. Household Size:　　　`0` `3`

**Part 6. Sponsor's income and employment.**

**22. I am currently:**

    **a.** ☒ Employed as a/an　PUBLIC HEALTH NURSE

        Name of Employer #1 *(if applicable)*　_____

        Name of Employer #2 *(if applicable)*　_____

    **b.** ☐ Self-employed as a/an　_____

    **c.** ☐ Retired from _____ since _____
                       *(Company Name)*　　　　　　*(Date)*

    **d.** ☐ Unemployed since _____
                           *(Date)*

**23. My current individual annual income is:**　$ 108,875
                                         *(See Step-by-Step Instructions)*

**24. My current annual household income:**

a. List your income from line 23 of this form.                    $ *108,875*

b. Income you are using from any other person who was counted in your household size, including, in certain conditions, the intending immigrant. (See step-by-step instructions.)  Please indicate name, relationship and income.

| Name | Relationship | Current Income |
|------|--------------|----------------|
| *N/A* | | $ _____ |
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |

c.  **Total Household Income:**                    $ *108,875*

(Total all lines from 24a and 24b.  Will be Compared to Poverty Guidelines -- See Form I-864P.)

d.  ☐ The persons listed above have completed Form I-864A.  I am filing along with this form all necessary Forms I-864A completed by these persons.

e.  ☐ The person listed above, _____ does not need to
                                            *(Name)*
complete Form I-864A because he/she is the intending immigrant and has no accompanying dependents.

**25. Federal income tax return information.**

☒ I have filed a Federal tax return for each of the three most recent tax years.  I have attached the required photocopy or transcript of my Federal tax return for only the most recent tax year.

My total income (adjusted gross income on IRS Form 1040EZ) as reported on my Federal tax returns for the most recent three years was:

| Tax Year | | Total Income |
|----------|--|--------------|
| *2007* | *(most recent)* | $ *108,875* |
| *2006* | *(2nd most recent)* | $ *131,338* |
| *2005* | *(3rd most recent)* | $ *125,223* |

☐ *(Optional)*  I have attached photocopies or transcripts of my Federal tax returns for my second and third most recent tax years.

---

**For Government Use Only**

Household Size =

_____

Poverty line for year

_____ is:

$ _____

---

Form I-864 (Rev. 10/18/07)Y Page 4

| Part 7. Use of assets to supplement income. *(Optional)* | For Government Use Only |
|---|---|
| *If your income, or the total income for you and your household, from line 24c exceeds the Federal Poverty Guidelines for your household size, YOU ARE NOT REQUIRED to complete this Part. Skip to Part 8.* | |

**26. Your assets** *(Optional)*

   a.  Enter the balance of all savings and checking accounts.    $ _____

   b.  Enter the net cash value of real-estate holdings. (Net means current assessed value minus mortgage debt.)    $ _____

   c.  Enter the net cash value of all stocks, bonds, certificates of deposit, and any other assets not already included in lines 26 (a) or (b).    $ _____

   d.  Add together lines 26 a, b and c and enter the number here.    **TOTAL:** $ _____

**27. Your household member's assets from Form I-864A.** *(Optional)*

   Assets from Form I-864A, line 12d for

   _____   $ _____

                 *(Name of Relative)*

**28. Assets of the principal sponsored immigrant.** *(Optional)*

   The principal sponsored immigrant is the person listed in line 2.

   a.  Enter the balance of the sponsored immigrant's savings and checking accounts.    $ _____

   b.  Enter the net cash value of all the sponsored immigrant's real estate holdings. (Net means investment value minus mortgage debt.)    $ _____

   c.  Enter the current cash value of the sponsored immigrant's stocks, bonds, certificates of deposit, and other assets not included on line a or b.    $ _____

   d.  Add together lines 28a, b, and c, and enter the number here.    $ _____

**29. Total value of assets.**

   Add together lines 26d, 27 and 28d and enter the number here.    **TOTAL:** $ _____

*For Government Use Only column:*

Household Size =

_____

Poverty line for year

_____ is:

$ _____

The total value of all assets, line 29, must equal 5 times (3 times for spouses and children of USCs, or 1 time for orphans to be formally adopted in the U.S.) the difference between the poverty guidelines and the sponsor's household income, line 24c.

**Part 8. Sponsor's Contract.**

*Please note that, by signing this Form I-864, you agree to assume certain specific obligations under the Immigration and Nationality Act and other Federal laws. The following paragraphs describe those obligations. Please read the following information carefully before you sign the Form I-864. If you do not understand the obligations, you may wish to consult an attorney or accredited representative.*

**What is the Legal Effect of My Signing a Form I-864?**

If you sign a Form I-864 on behalf of any person (called the "intending immigrant") who is applying for an immigrant visa or for adjustment of status to a permanent resident, and that intending immigrant submits the Form I-864 to the U.S. Government with his or her application for an immigrant visa or adjustment of status, under section 213A of the Immigration and Nationality Act these actions create a contract between you and the U. S. Government. The intending immigrant's becoming a permanent resident is the "consideration" for the contract.

Under this contract, you agree that, in deciding whether the intending immigrant can establish that he or she is not inadmissible to the United States as an alien likely to become a public charge, the U.S. Government can consider your income and assets to be available for the support of the intending immigrant.

**What If I choose Not to Sign a Form I-864?**

You cannot be made to sign a Form 1-864 if you do not want to do so. But if you do not sign the Form 1-864, the intending immigrant may not be able to become a permanent resident in the United States.

**What Does Signing the Form I-864 Require Me to do?**

If an intending immigrant becomes a permanent resident in the United States based on a Form I-864 that you have signed, then, until your obligations under the Form I-864 terminate, you must:

-- Provide the intending immigrant any support necessary to maintain him or her at an income that is at least 125 percent of the Federal Poverty Guidelines for his or her household size (100 percent if you are the petitioning sponsor and are on active duty in the U.S. Armed Forces and the person is your husband, wife, unmarried child under 21 years old.)

-- Notify USCIS of any change in your address, within 30 days of the change, by filing Form I-865.

**What Other Consequences Are There?**

If an intending immigrant becomes a permanent resident in the United States based on a Form I-864 that you have signed, then until your obligations under the Form I-864 terminate, your income and assets may be considered ("deemed") to be available to that person, in determining whether he or she is eligible for certain Federal means-tested public benefits and also for State or local means-tested public benefits, if the State or local government's rules provide for consideration ("deeming") of your income and assets as available to the person.

This provision does not apply to public benefits specified in section 403(c) of the Welfare Reform Act such as, but not limited to, emergency Medicaid, short-term, non-cash emergency relief; services provided under the National School Lunch and Child Nutrition Acts; immunizations and testing and treatment for communicable diseases; and means-tested programs under the Elementary and Secondary Education Act.

*Contract continued on following page.*

**What If I Do Not Fulfill My Obligations?**

If you do not provide sufficient support to the person who becomes a permanent resident based on the Form I-864 that you signed, that person may sue you for this support.

If a Federal, State or local agency, or a private agency provides any covered means-tested public benefit to the person who becomes a permanent resident based on the Form I-864 that you signed, the agency may ask you to reimburse them for the amount of the benefits they provided. If you do not make the reimbursement, the agency may sue you for the amount that the agency believes you owe.

If you are sued, and the court enters a judgment against you, the person or agency that sued you may use any legally permitted procedures for enforcing or collecting the judgment. You may also be required to pay the costs of collection, including attorney fees.

If you do not file a properly completed Form I-865 within 30 days of any change of address, USCIS may impose a civil fine for your failing to do so.

**When Will These Obligations End?**

Your obligations under a Form I-864 will end if the person who becomes a permanent resident based on a Form I-864 that you signed:

- Becomes a U.S. citizen;
- Has worked, or can be credited with, 40 quarters of coverage under the Social Security Act; *(10 years?)*
- No longer has lawful permanent resident status, and has departed the United States;
- Becomes subject to removal, but applies for and obtains in removal proceedings a new grant of adjustment of status, based on a new affidavit of support, if one is required; or
- Dies.

Note that divorce does not terminate your obligations under this Form I-864.

Your obligations under a Form I-864 also end if you die. Therefore, if you die, your Estate will not be required to take responsibility for the person's support after your death. Your Estate may, however, be responsible for any support that you owed before you died.

30. I, ___ALBERT PLACIDO PAPPALARDO___ ,
*(Print Sponsor's Name)*

certify under penalty of perjury under the laws of the United States that:

a. I know the contents of this affidavit of support that I signed.

b. All the factual statements in this affidavit of support are true and correct.

c. I have read and I understand each of the obligations described in Part 8, and I agree, freely and without any mental reservation or purpose of evasion, to accept each of those obligations in order to make it possible for the immigrants indicated in Part 3 to become permanent residents of the United States;

d. I agree to submit to the personal jurisdiction of any Federal or State court that has subject matter jurisdiction of a lawsuit against me to enforce my obligations under this Form I-864;

e. Each of the Federal income tax returns submitted in support of this affidavit are true copies, or are unaltered tax transcripts, of the tax returns I filed with the U.S. Internal Revenue Service; and

*Sign on following page.*

f.  I authorize the Social Security Administration to release information about me in its records to the Department of State and U.S. Citizenship and Immigration Services.

g.  Any and all other evidence submitted is true and correct.

31.  _Albert Placido Poppolo Jr._   _12/24/2008_
     (Sponsor's Signature)                        (Date- mm/dd/yyyy)

---

**Part 9. Information on Preparer, if prepared by someone other than the sponsor.**

I certify under penalty of perjury under the laws of the United States that I prepared this affidavit of support at the sponsor's request and that this affidavit of support is based on all information of which I have knowledge.

Signature: _____     Date: _____
                                                        (mm/dd/yyyy)

Printed Name: _____

Firm Name: _____

Address: _____

Telephone Number: _____

E-Mail Address : _____

Business State ID # (if any) _____

*11128447*

**FW-006**

**Request for Hearing About Court Fee Waiver Order (Superior Court)**

**CONFIDENTIAL**

Clerk stamps date here when form is filed

**FILED**
ALAMEDA COUNTY

MAY 09 2013

CLERK OF THE SUPERIOR COURT
By _____ Deputy

① **Your Information** *(person who asked the court to waive court fees)*
Name: SANDRINE COURTADE
Street or mailing address: 1111 SHORELINE DR. # 118
City: ALAMEDA State: CA Zip: 94501
Phone number: (510) 229 8674

② **Your lawyer,** if you have one*(name, address, phone number, e-mail, and State Bar number):* _____

Fill in court name and street address:

Superior Court of California, County of

③ **Date of order** denying your request to waive court fees *(month/day/year):* 05/02/2013

☑ *(Check here if you have a copy of the order denying your request, and attach it to this form.)*

Fill in case number and case name:

Case Number: RF 10523213

Case Name: COURTADE - PAPAZARD

④ I ask the court for a hearing on my fee waiver request so that I can bring more information about my financial situation.

⑤ ☑ The additional facts that support my request for a fee waiver are *(describe):*
*(Use this space if you want to tell the court in advance what facts you want considered at the hearing. If the space below is not enough, attach form MC-025. Or attach a sheet of paper and write Additional Facts and your name and case number at the top. You may also attach copies of documents you want the court to look at.)*

1/ NO MORE INCOME SINCE 3 WEEKS
2/ RENT FOR MAY NOT PAID
3/ FRIENDS WHO PAY MY BILLS (CONCIRT, ELECTRICITY, CAR INSURANCE)
4/ GO AT THE FOOD BANK SINCE 2 WEEKS
5/ DELAY FROM THE OTHER PARTY CONSTANTLY TO SLOW DOWN THE DIVORCE PROCESS AND THE EVALUATION WITH DR. APLION

Date: MAY 9th 2013

SANDRINE COURTADE
Print your name here

▶ _____



**Request for Accommodations.** Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before your hearing. Contact the clerk's office for *Request for Accommodation,* form MC-410.

Judicial Council of California, www.courtinfo.ca.gov
New July 1, 2009, Mandatory Form
Government Code, § 68634(e)(3)

**Request for Hearing About Court Fee Waiver Order (Superior Court)**

FW-006, Page 1 of 1

06/02/2014

CSE Case Number: 200000001258057
Custodial Party:
SANDRINE COURTADE
Noncustodial Parent:
ALBERT PLACIDO PAPPALARDO
Court Case Number: RF10523213

Dear SANDRINE COURTADE:

We have conducted a full audit of the support accounts on this case. The audit identified Mr. Pappalardo's arrears balance was based upon monthly charges for unpaid installments of current support and interest, which had accrued on the arrears. On April 23, 2013 we received written authorization to provide Mr. Pappalardo with a lump sum direct payment credit in the amount of $27,640.00 effective March 8, 2013. Mr. Pappalardo received credit for the total direct payment amount requested; but as no month by month break down of the credit was provided, we could not give individual credit for obligations paid within the month the payments may have been received. The result being, interest which had previously accrued on the arrears balances, remained on the account.

As the balance has been challenged and we have no month by month breakdown of how the credit was originally determined; we have removed the principal and interest arrears balances which had been previously reflected on our accounts. We will not enforce these balances until we are in receipt of a monthly breakdown of the $27,640.00 credit (which both parties agree upon), or an order from the Court establishing the arrears balance due. If we are in receipt of monthly breakdown of the previously identified direct payment credit amount, we will retroactively apply each monthly payment to the month it was received. If a monthly breakdown for the direct payment history cannot be agreed upon or the arrears balance continues to be in dispute; the only acceptable resolution to this issue will be an order from the Court, which sets an arrears balance (principal and interest) and an effective date for the arrears.

Ms. Courtade please be advised that it would be in your best interest to contact me via our customer connect and not to my email directly. If I am not in the office and you email me

Please contact us at 866-901-3212 with the above case number if you have any questions.

Sincerely,

M. OPERIO
Child Support Representative

*PREVIEW*

Submit

2/ SAME DOCUMENT

06/02/2014

CSE Case Number: 200000001258057

Custodial Party:
 SANDRINE COURTADE
Noncustodial Parent:
 ALBERT PLACIDO PAPPALARDO
Court Case Number: RF10523213

Dear SANDRINE COURTADE:

* in the amount of $27,640.00 effective March 8, 2013. Mr. Pappalardo received credit for the total direct payment amount requested; but as no month by month break down of the credit was provided, we could not give individual credit for obligations paid within the month the payments may have been received. The result being, interest which had previously accrued on the arrears balances, remained on the account.

As the balance has been challenged and we have no month by month breakdown of how the credit was originally determined; we have removed the principal and interest arrears balances which had been previously reflected on our accounts. We will not enforce these balances until we are in receipt of a monthly breakdown of the $27,640.00 credit (which both parties agree upon), or an order from the Court establishing the arrears balance due. If we are in receipt of monthly breakdown of the previously identified direct payment credit amount, we will retroactively apply each monthly payment to the month it was received. If a monthly breakdown for the direct payment history cannot be agreed upon or the arrears balance continues to be in dispute; the only acceptable resolution to this issue will be an order from the Court, which sets an arrears balance (principal and interest) and an effective date for the arrears.

Ms. Courtade please be advised that it would be in your best interest to contact me via our customer connect and not to my email directly. If I am not in the office and you email me directly, I will not be able to respond until my return. If you contact our office via customer connect at www.childsup-connect.ca.gov someone will respond within 3-5 business days if I am not available. If you still have questions regarding your account, please call me.

Please contact us at  866-901-3212    with the above case number if you have any questions.

Sincerely,

M. OPERIO
Child Support Representative

**PREVIEW**
Submit

Testimonies to support the motion for Satine to move in France with me, July 2014

USA:

1. We have been friends with Sandrine for 2 years and during this time we have always admired what a caring and present parent she is. She is also a very strong and resilient person because the past few years have been very hard for her but she never let that affect Satine or her relationship with her. We wish her all the best and great happiness in the future.

Mihir and Sharmila Ganguly Sarkar
510-318-4857
Berkeley

2. TO WHOM IT MAY CONCERN:
I am Albert Pappalardo's sister, Vivian, and I have been regularly informed of the high conflict divorce and its consequences. Sandrine has been put into a position of having to return to France; I believe that Satine should accompany her for the following reasons:
1.  Satine is a French citizen and should be allowed to experience her country of origin. France can provide a safer, healthier, and more economically supportive environment for her.
2.  Satine has no extended family here; my family has estranged themselves from him due to his escalation of separating Satine from her mother, for his own purposes.
3.  Albert is approaching retirement, and has the flexibility to travel to or live in Europe. There is the precedent that he has previously lived in Italy and traveled in Europe for months at a time.
4.  Most importantly, I have spoken to and observed Satine on Skype over the years; she not only appears happy and well-adjusted, she obviously loves her mother and they have a close bond.  Satine will particularly need her mother as she approaches womanhood. She can decide where she wants to live when she comes of legal age.
Vivian Pappalardo Phillips
vjphillips@gmail.com


3. To whom it may concern, July 27, 2014

I am a close friend of Sandrine Courtade and know firsthand what a wonderful mother she is. She is very immensely close with her daughter Satine and their bond is immeasurable. Satine needs her mother in her life more than any other person in the world. Sandrine has been unfairly attacked by her husband over the past years. She has been accused of many untruths in an attempt to disparage her, so that there may be some ground to stand on should she not be granted custody of her daughter. As all six year olds do, Satine needs a nurturing, loving home and there is no doubt in my mind that Sandrine the parent who would be able to provide this for her.  They belong together.As

the founder of the French preschool Les Petits Francophones, I would also like it to be known that Sandrine was originally invited to be part of the creators of this school. In 2010, she pulled away from the project in order to dedicate more of her time towards her divorce proceedings.

If you have any questions, please do not hesitate to call me.

Lyndsay Koch925-457-8929

Current address: 1016 Holly Street, Denver CO

Email: Lyndsayk@gmail.com

4. This is to confirm that I have know Sandrine since Satine was about a year old. Sandrine and Satine have a strong loving mother daughter bond which her ex husband Albert has tried to break since informing Sandrine of his plans to divorce her and take full custody of satine. Sandrine has being fighting this nightmare for 4 years already with continued emotional and manipulative abuse towards Sandrine from her ex husband.

Angela Maclean

951 San Jose Street, San Leandro, CA, 94577 (415-646-6708)

5. I met Sandrine and Satine at many gatherings that included them and myself and my daughter.

My name is Richard Fife

My city of residence is Richmond, CA

My phone number is 510-685-2692

Every single experience I have of seeing Sandrine and Satine has shown me that Sandrine is a caring mother and a caring person over all. Her bond with her daughter is one of the strongest I've ever seen and they are an amazing mother / daughter pair. I would hate to see them go, but their is no doubt that they are a wonderful pair and that Satine has been given an amazing gift having her as a mother.

6.

I met Sandrine and her daugther Satine back in 2009 while I joined a mom's meetup group in Oakland.

My name is Isabel Sanchez Cabrera

My city of residency is Richmond, CA

My phone number is 510-856-8967

Testimony

I gladly declare that Sandrine is a devoted mother of Satine. Every time my daughter and I have spent time with them in parks and during play dates and birthday parties she has shown to be patient, caring and a wonderful mother. Sandrine has had very stressful periods during her time in California and I will miss her greatly if she moves to France, but I also aware of how hard the life of a single mother can be in the Bay Area and I absolutely support her need to move back to France.

## 7. To Whom It May Concern:

I have observed Sandrine and her daughter, Satine, interact over the past year, and would without hesitation or doubt characterize their relationship as one of love and trust. Sandrine is a most responsible and attentive parent, and Satine is fortunate to have her as her mother.

**Janet Guastavino, Berkeley**
**(510) 290-4764 cell**
firsed@yahoo.com
8.
Marion Navassartian, Cartographer
290 Kenyon avenue
Kensington, CA, 94708
510 875 0643

7/28/14

To whom it may concern,

I have known Sandrine Courtade-Pappalardo for 4 years, she is a good friend of mine. Our children are the same age, and we used to live close to each other. Sandrine is, in my opinion, a great, caring mother, trying to do the best for her daughter. Sandrine has been going through many hardships these lasts years both mentally and physically, for the most part due to to a lengthy and painfull divorce. Sandrine has asked me for help several times as she doesn't have the means or education to sustain a decent life here in the Bay Area with her daughter. Her husband is frequently late in paying her alimony, which has put Sandrine in difficult situations many times. She could easily support herself and her daughter in France, where she could leave

comfortably near her family.
Please support her return to France with her daughter, as separating them would be highly detrimental to both of them.
Sincerely,

Marion Navassartian

9.
I, along with my 7 year old daughter Georgianne, have known Sandrine Courtade and her daughter Satine for 3 years. We have become good friends with both and I have been very saddened by the situation both have been put through in the past few years. Sandrine has had to deal with, along with the stress of learning to live in a different culture and country with a language that she does not speak well, the constant questioning of her parental decisions and an attempted interruption of her maternal relationship with her daughter. The situation has had a corrosive effect on her health and I fear what the effect of being pulled away from the relationship with her mother will have on Satine in the long term.

Respectfully,
Julienne Alford
1165 Regent St.
Alameda CA


FRANCE

1. Béatrice CALIS
mail : beatricecalis@yahoo.fr
MARLY LE ROI -FRANCE


J'ai connu Sandrine il y a bien longtemps maintenant. Nous étions amie : Sandrine habitait dans le marais un super quartier du centre de Paris. Elle était très gaie, généreuse et pleine de projets.
Puis Satine est apparue.Sandrine était très amoureuse, mariage, déménagement. l'arrivée dans une maison où rien n'avait été préparé pour Sandrine. Un mensonge de plus sans doute de son mari ...
Bien d'autres personnes se seraient effondrées, mais Sandrine fait preuve d'un COURAGE INIMAGINABLE;
j'espère qu'une solution sera trouvée pour l'aider à ne pas être séparée de sa fille.


FAIT POUR VALOIR CE QUE DE DROIT,  Témoignage écrit le dimanche

27 juillet 2014

2. Valérie Dupin, doulas de France.
 26 rue du Puits Grenet 95230 Soisy-sous-Montmorency France
valeriedupin3@aol.com
J'ai rencontré Sandrine à Paris lorsqu'elle était enceinte de Satine, j'ai été témoin de son
dévouement et de l'amour qu'elle a porté à Satine déjà enceinte - et aussi du cauchemar
que lui a fait vivre le père de Satine dès le début de la grossesse.

3.
I Isabelle Tennant, currently living near Grenoble in France since July
2013, testifies here that I know Sandrine Courtade and Satine Courtade-
papallardo for 5 years. We met at a French speaking playgroup in the
Oakland/Berkeley area and became friends. We did several playdates
between my children and her daughter even at her ex-husband's house
before they split up. Sandrine always strike me as a patient and loving
mother, and she was also well-loved by all the children who knew her at
my kid's school where she worked as a substitute teacher's aide. She
has been very worried of losing her daughter in the current situation as
her ex-husband is trying to undermine her so he can get full custody.
She has been very worried over the last 4 years about her daughters'
well being if the girl was to be completely separated from her mother. I
want to emphasize that I completely trust her ability to care for her
daughter in a responsible and loving way and would highly encourage
not separating her daughter from her for the girl's sake.

*I have known Sandrine since the late 1990's when we worked together in a law firm in Paris, France. Sandrine is a very kind-hearted person, always willing to help others. I have visited her twice in the USA since she moved there with her daughter Satine. Sandrine is a very devoted and loving parent and it is clear to see how much Satine adores her mother. I can testify that Sandrine tries her utmost to ensure Satine enjoys a happy and safe upbringing.*

*Anna-Li Goldie*
*London, United Kingdom*
*contact@anna-li.com*

Known you for at least 3 years.
My statement of support: I have been a source of friendship and support to Sandrine for several years. In that time, I have witnessed Sandrine and Satine's great mother-daughter bond, and Sandrine's fearless and utterly devoted motherhood in the face of increasingly hostile circumstances with her ex-husband. I met Albert once, and he treated Sandrine coldly, indifferently. This was when they were still together. Now, I watch her suffer and fear for her child, and herself. I offer my support to Sandrine in bringing Satine with her back to France full-time, with Albert being allowed to visit as his wealth permits freer travel than Sandrine's situation permits.

Jessica Matthews
510-355-7912
Alameda, CA

To whom it may concern,

I have known Sandrine Courtade for over three years first as a professional then in a friendly manner. Over that time, I have been impressed by her priority to her daughter and the attention she has always maintained to create a heaven of peace and tranquility to her daughter despite the many hurdles she had to face, many of them from Satine's father who never seemed to understand the needs of a young child faced with the trauma of the divorce of her parents. Sandrine at all times maintained an arm's length image of both parents putting her self preservation at risk to maintain Satine's safety. As a divorced father of three binational children, I have been amazed at the efforts that Sandrine has struggled through to make her daughter the primary concern of this lengthy divorce.

I am ready to answer any question the Court may have in bringing an equitable ending to this lengthy ordeal.

Philippe Geneste,

1443 6th Avenue, Apt. 10
Oakland CA 94606
(415) 847-8840

To whom it may concern:

I, Leilani Taylor, have known Sandrine Courtade and her daughter, Satine, for nearly four years. Sandrine and I volunteered at the same preschool, and I have visited Sandrine's and Satine's home on numerous occasions. I can attest to the fact that Satine has a very strong bond with Sandrine and that Sandrine is a loving, competent, and capable mother.

Leilani Taylor
12090 Little Silver Court
San Diego, CA 92131
510-435-5307


Bonjour,
Je connais Sandrine Courtade depuis plus de 20 ans. j'étais présente pendant sa grossesse et je suis allée la chercher à la clinique après son accouchement avec son mari  Elle a tout fait pour le bien être de sa fille et qu'elle ne manque de rien. Sandrine a accepté de se marier pour le bonheur de sa fille et aujourd'hui elle fait passer sa fille avant elle même . J'ai offert un travail à sandrine et un logement pour elle et Satine.Jamais Sandrine ne pourra vivre sans sa fille le liien est trop fort


**Géraldine Schuman**
*Le Relais St Germain*
5 place st Germain
61340 Préaux du Perche
FRANCE

Tél; 02 33 73 33 39

**CITIZEN CRIME REPORT**
Oakland Police Department
455 7th Street, Patrol Desk ( 1st Floor )
Oakland, Ca 94607 - 3956

*For Departmental Use Only*   TF - 862 – 1   (2/06)

| Assign To | Police Beat | CP Beat | RD No. |
|---|---|---|---|
| *Rcc* | 13 | Y | *11-000223* |
| Crime (Section-Subsection Code) *CIVIL* | Classification | | |

Is this Report for Insurance Purposes Only?   ☐ Yes   ☒ No

Please type or print in non-erasable black ink.  When this form is completed, it will serve as an Oakland Police Crime Report which will document the incident and assist in its investigation.

If a *written* report has already been made, please check the SUPPLEMENTAL box on the Citizen Additional/Supplemental Information form. If you desire a Report Document Number , call (510) 238-3021 after Five (5) business days.

| LAST Name *COURTADE – PAPPALARDO* | First *SANDRINE* | Middle | Race | Sex *F* | Date of Birth (Mo/Day/Yr) *06.06.1968* |
|---|---|---|---|---|---|
| Residence *3778 MADRONE AVE* | City ☒ Oakland | Zip *94619* | | Res. Phone ( 510 ) *336 3380* | |
| Business | City ☐ Oakland | Zip | | Bus. Phone ( 510 ) cell *229 8674* | |

| Do you know who is responsible? | If yes, Name *ALBERT P. PAPPALARDO    (SAME ADDRESS)* | Address/School | City/State |
|---|---|---|---|
| ☒ Yes   ☐ No | | | |

| Race *M* | Sex | Age *61* | Physical Description (Height, Weight, Hair Color, Scars, Tattoos, etc.) |
|---|---|---|---|

| Date of Incident *12/22/2010* | Day | Time *3H15* ☐ AM ☒ PM | Address or Location Where Incident Occurred *SAME ADDRESS* |
|---|---|---|---|

| Vehicle Involved | Yr. | Make | Model | Color | License No. | State | Method of Entry | Point of Entry |
|---|---|---|---|---|---|---|---|---|
| ☐ Suspect's ☐ Victim's | | | | | | | ☐ Forced ☐ Attempt ☐ No Force | ☐ Door ☐ Roof ☐ Window |

**Brief Summary of Incident**

*SEE ATTACHED*

Describe What Was:   ☐ Stolen   ☐ Damaged   ☐ Lost

| | Article | How Many | Model and Number | Serial Number* | Color | Value |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |

*NOTE: It is VERY important to give the serial number of each item listed above.
IT IS A MISDEMEANOR TO MAKE A FALSE REPORT OF A CRIME (Sec. 148.5 Calif. Penal Code).

| Signature | Date (Month/Day/Year) *12/27/2010* |
|---|---|

**For Department Use Only**

| Loss | Reporting Person | Investigator's Name | Serial No. |
|---|---|---|---|
| Approving Supervisor | Clearance | Date Filed | |

*11-000223*

I, Sandrine Courtade-Pappalardo, on Wednesday, December 22nd, 2010 want to report what happened with my husband Albert Pappalardo today around 3h30pm.☐☐ ☐☐I think I should have done a report long ago and that would have given my husband a limit on what is humanly tolerable. It is no longer acceptable that Mr. Albert Pappalardo threatens me on a daily basis.☐He has started a divorce procedure, and we still leave under the same roof because I have no financial means to move out.☐☐ ☐☐This morning, we shared the day with our daughter ███████████ Since I had an appointment at 10am in Berkeley and then I needed to take a look at cars because the one belonging to my husband left for my personal use floods INSIDE and doors can't open well. In addidition, this car is a 2 door and an old convertible, which is not appropriate for my daughter and me. Finally,the car makes a loud the noise coming from a bad contact on the scoreboard, so much that my daughter and I can't have a conversation  in the car.☐☐My husband, took care of our daughter this morning. He said he wasn't going to be at home in the afternoon. █████woke up around 3h15pm, and her dad brought her on the couch with me. After going in circles for 10 minutes in the house, and get himself ready to leave, he came and asked me if we would be there for dinner tonight. I hesitated answering anything, because all the information I give him is used against me and being accountable to him for everything I do has become unbearable. Albert wants to know where I am and with whom, at what time I am back home… ☐He has commanded me to be at home 5h30pm every night of the week.☐☐A mother, Katherine had just sent me an invitation for a playdate this day at 5h30pm. I contacted her when ██████ was sleeping to see if we could come as soon as 4h30/5pm if █████was to awake. Katherine was not home and she couln't be there before 5h30pm. I replied that it would depend what time █████ wakes up but we will try to come. I realized that it was getting late. Usually we dine between 6 and 6h30pm. I think it would be good for █████to see her buddies because Albert has been on vacation since last Friday and the atmosphere is very heavy at home. At each meal, there is a dispute between Albert and I. I do not think I was unreasonable in my decision, and I said to Albert: "you're on vacation all week, you'll have plenty of time with ████████ . He had been on vacation since Friday night! We were leaving only for 2 hours!☐☐So after an hesitation, I respond to Albert that I do not know if we'll be there for dinner because we had this playdate at 5h30pm. And of course, he starts arguing and say that I had to be back for dinner on time with █████ with a professorial tone and threatening, and that I could leave by myself afterwards if I wanted to. It's a playdate, it is meant for children to be present so I did not respond to his nonsense. And did not explain why I thought it was necessary for our daughter to go play, as it reduces the impact of stress that she gets at home. I did not want to confront him. He kept on verbally threatening me, my heart was pounding, it was enough that I could take. When I finally expressed my disagreement he took█████in his arms and said nothing and gave her a hug. ☐He always manipulates our daughter this way… That is what he shows her: Mommy is naughty because she is loud and

11 - 000223

dad is nice. He then left the room with her... but after a while I went to check on her. He is with her in her room in the dark, holding her in his arms to comfort her because I'm the bad one, and keeps her away from me. I realize that he often acted with the same tactics. He pushes the right buttons and gets me angry; I am most of the time kind of quiet and gentle but spontaneous. ☐My daughter called me a witch 2 times today. I asked her why?  Is it's because mommy shouts? She said yes. This situation hurts every one of us.☐ ☐After we had a mediation at the court on Monday for the divorce that didn't go well and plus his increased intimidating behavior at home, I decided after he had left the house to contact a domestic violence counselor, that I had contacted once already in December after reading online about what was abuse. I found it difficult to assess whether what I was experiencing was normal because there is no physical violence it is all more subtle with my husband.☐ ☐This person thus reassured me by telling me that I can make a report to the police without my husband knowing. She also explained to me that I can go to mediation at the court, and ask to each have a separate appointment. I knew it but I thought it had to be a case of physical violence to get a separate appointment.☐☐  ☐☐I am a not from this country and realized that since my arrival in March 2009 in America, my husband has sought to exercise excessive control over me. And by extension also on our daughter Satine.

He has several times taken my daughter from my arms, physically trying to cut the strong bond we have. I had to stop breastfeeding because of a health concern due to stress. I did not want to see what was happening before my eyes. I was before blinded by love, and did not want to admit to myself I had made a big mistake by coming here to live with him and had trusted him.☐☐I want to state that I am a home maker, taking care of my daughter, without any revenues.

Since our arrival, Albert had an unhealthy control over the money he put on our joint bank account. He would only give me $ 150 a week to buy food for 3, and all other expenses for me and our daughter!☐He reproached me to have bought face cream for myself in spring 2010, by asking me "what does this brings to the family?!?" I remained dumbfounded.☐He agreed to give me $ 200 per week for 2010 after having to ask and justify it several times. ☐Sylvia, my lawyer had negotiated $ 300 a week in September 2010 for my personal expenses. Since that's all he gives me, so I buy food for the family and things for my daughter with this money. Albert makes a very good living and I don't think I was unreasonable. Having to beg was very hard for me and if I could I would not want anything from him.☐☐ ☐☐I want to report that 2 times In November and December 2010, he has been controlling in front of our daughter. Turned off the TV, takes the remote from me and took my daughter from my arms.☐☐ ☐☐Finally, I must add this to show how my husband treats me in front of our daughter. He calls me Napoleon and, tyrant while I never give him orders but only guidelines for our daughter. I spent 80% of my time with her and yet my husband thinks he knows better. I think he is jealous of the close relationship I have with my daughter and now I understand that he could do anything so that I spent less time with my

daughter.☐☐ ☐☐This report is to protect me from him, and his attempts to intimidate me and  to keep track if something unusual happens to me because I think this man is a threat to me. I realize that Albert is ready to do everything to get custody of our daughter and isolate me from her.

Sandrine Courtade-Pappalardo