**FILED**

APR 23 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRINE COURTADE,<br><br>    Plaintiff,<br><br>  v.<br><br>ALBERT P. PAPPALARDO,<br><br>    Defendant. | Case No. 14-cv-01594-JCS (DMR)<br><br>**STIPULATION OF DISMISSAL PURSUANT TO RULE 41** |

    Plaintiff Sandrine Courtade and Defendant Albert P. Pappalardo have reached a full settlement of this matter. Therefore, the parties agree that the above-entitled action filed by Plaintiff is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear his or her own costs.


Dated: April 23, 2015          By: _____

                                              SANDRINE COURTADE, Plaintiff

Dated: April 23, 2015          By: _____

                                              ALBERT P. PAPPALARDO, Defendant

Dated: 4/29/15

IT IS SO ORDERED
Judge Joseph C. Spero